UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| LANISHA MALONE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:23-CV-373-CHB |
| | ) | |
| v. | ) | |
| | ) | **ORDER OF DISMISSAL WITHOUT** |
| NORTON HEALTHCARE, INC., | ) | **PREJUDICE** |
| | ) | |
| Defendant. | ) | |

\*\*\*    \*\*\*    \*\*\*    \*\*\*

This matter is before the Court on Plaintiff Lanisha Malone's Stipulation of Voluntary Dismissal without Prejudice [R. 15] of each of her claims against Defendant Norton Healthcare, Inc., signed by all parties who have appeared in this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**, all dates and deadlines are hereby **VACATED**, and this matter is **STRICKEN** from the Court's active docket.

**IT IS FURTHER ORDERED** that Defendant Norton Healthcare, Inc's Motion to Stay or to Dismiss [**R. 14**] is hereby **DENIED** as **MOOT**.

This the 31st day of October, 2023.

*Claria Horn Boom*

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:     Counsel of record

- 1 -